IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2019 MAR 19 PM 3: 11

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | A-14-CR-368(1)-LY |
| CHRISTOPHER LEE SIMPSON | § | |

## ORDER

Before the court is an "Emergency Motion for Time Served Pursuant to the Provisions of the First Step Act of 2018," filed Defendant Christopher Lee Simpson. The defendant challenges the calculation of good time credits by the Bureau of Prisons ("BOP") pursuant to the First Step Act.

After consideration of the motion, the case file as a whole and the applicable legal authority, the court is of the opinion it lacks jurisdiction to consider the defendant's motion. A challenge to the BOP's calculation of an offender's sentence is properly filed in a petition for habeas corpus relief pursuant to 28 U.S.C. § 2241 in the district in which the defendant is incarcerated. *See Pack v. Yusuff*, 218 F.3d 448, 451 (5th Cir. 2000). The defendant is currently incarcerated in the Federal Medical Center in Fort Worth, Texas. Accordingly, the defendant must file his petition for habeas corpus relief in the Fort Worth Division of the Northern District of Texas.

It is therefore **ORDERED** that the "Emergency Motion for Time Served Pursuant to the Provisions of the First Step Act of 2018" (Doc. No. 39), filed by Defendant Christopher Lee Simpson on March 8, 2019, is **DISMISSED**.

SIGNED this 19th day of March 2019.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE