Dear Honorable Judge Yeakel,    05-13-20

1:14cr368

I've been here in Bastrop county jail holding for over six weeks now. I've asked if I have a attorney and been told I need to contact South Central Regional office so I wrote them with no response. I've also had family call them with no help. Do I have a attorney? If not can I get one appointed to me?

The two people I came in with have both seen their attorney's and one is going to court this week. Is COVID-19 holding things up?, or am I some how lost in the system? Anything you can tell me will be greatly appreciated!

Thank you for your time,

Christopher Lee Simpson #63729
1601 Mills St.
Bastrop, TX. 78602



Christopher Simpson #63729
1601 Mills St.
Bastrop, TX. 78602

Honorable Judge Yeakel
501 West Fifth Street Suite 1100
Austin, TX. 78701

SCREENED BY CSO
MAY 18 2020