PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
for
## Western District of Texas

### Report on Offender Under Supervision

Name of Offender: <u>Christopher Lee Simpson</u>     Case Number: <u>A-14-CR-368(01)-LY</u>

Name of Sentencing Judicial Officer: <u>Honorable Lee Yeakel, U.S. District Judge</u>

Date of Original Sentence: <u>August 7, 2015</u>

Original Offense: <u>Count 1: Possession with Intent to Distribute Methamphetamine in violation of 21 U.S.C. § 841(a)(1) and Count 2: Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1)</u>

Original Sentence: <u>Sentenced to seventy two (72) months custody in the Bureau of Prisons on each count to run concurrently followed by six (6) years of supervised release with special conditions: submit to substance abuse evaluation/drug treatment, abstain from the use of alcohol and all other intoxicants, take all medications as directed by a medical doctor, and submit to search and seizure</u>

Type of Supervision: <u>Supervised Release</u>     Date Supervision Commenced: <u>May 20, 2020</u>

Assistant U.S. Attorney: <u>Matt Devlin</u>     Defense Attorney: <u>Kevin W. Boyd</u>

---

### PREVIOUS COURT ACTION

None

### NONCOMPLIANCE SUMMARY

**Violation of Mandatory Condition # 1:** "The defendant shall not commit another federal, state, or local crime during the term of supervision."

**Nature of Non-compliance:** On August 3, 2020, the Hutto Police Department responded to a disturbance in progress. Upon arrival, Hutto PD was greeted by Megan Lucas who advised she was assaulted by Simpson after a disagreement. Lucas mentioned Simpson grabbed her from the back of her head and slammed her head against the bed post. Lucas sustained two scratches above her left eye. Lucas said Simpson fled the house in her vehicle after she called 911. A complaint was filed, and a warrant was issued that same day. On October 26, 2020, Simpson was arrested for the active warrants by Hutto Police Department and taken into custody for Assault Causes Bodily Injury, Class A Misdemeanor, Cause # 20-03520-1, and Unauthorized Use of Motor Vehicle, State Jail Felony, Cause # 20-1627-K26.

Simpson, Christopher Lee
**Report on Offender Under Supervision**
Page 2

**U.S. Probation Officer Action:** Mr. Simpson has reported each month as required and continues to attend his individual drug treatment counseling sessions as instructed. Unfortunately, he was recently arrested and has pending new charges in Williamson County, Texas. USPO spoke to the victim, Megan Lucas, who advised she was not in fear of her life and was not scared of the defendant. USPO asked Ms. Lucas numerous times if she was intimidated or afraid that something would happen to her due to the defendant's previous actions. Again, Ms. Lucas advised she was not afraid or scared, however, she has no intentions to drop the charges and has filed a restraining order. Ms. Lucas was advised that USPO will notify the Court of the defendant's actions and advised her to call 911 if she felt threatened by the defendant at any time. Additionally, USPO advised Ms. Lucas to refrain from any contact or communication with the defendant to avoid getting into a dangerous situation. Ms. Lucas agreed and was satisfied with USPO's action step. Simpson will be contesting the Assault and Unauthorized Use of Vehicle charges which remain pending. If Your Honor finds it suitable, it is recommended that no action be taken at this time pending the final disposition of the Williamson County, Texas, cases. Simpson is scheduled to appear in Court on December 3, 2020, on both cases.

Accordingly, the Court reserves the right to revisit these allegations in the future. In addition, should Simpson incur any further violations, the Court will be immediately notified.

Approved:

Craig Handy
Supervising U. S. Probation Officer
Date: December 3, 2020

Respectfully submitted,

Lauro Garza
United States Probation Officer
Date: December 3, 2020

**THE COURT ORDERS:**

[✓] No Action

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

Honorable Andrew W. Austin
United States Magistrate Judge

Date: December 3, 2020