PROB 12A
(7/93)

**FILED**
January 18, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____AD_____
DEPUTY

UNITED STATES DISTRICT COURT
for
Western District of Texas

### Report on Offender Under Supervision

Name of Offender: <u>Christopher Lee Simpson</u>        Case Number: <u>A-14-CR-368(01)-LY</u>

Name of Sentencing Judicial Officer: <u>Honorable Lee Yeakel, U.S. District Judge</u>

Date of Original Sentence: <u>August 7, 2015</u>

Original Offense: <u>Count 1: Possession with Intent to Distribute Methamphetamine in violation of 21 U.S.C. § 841(a)(1) and Count 2: Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1)</u>

Original Sentence: <u>Sentenced to seventy two (72) months custody in the Bureau of Prisons on each count to run concurrently followed by six (6) years of supervised release with special conditions: submit to substance abuse evaluation/drug treatment, abstain from the use of alcohol and all other intoxicants, take all medications as directed by a medical doctor, and submit to search and seizure</u>

Type of Supervision: <u>Supervised Release</u>        Date Supervision Commenced: <u>May 20, 2020</u>

Assistant U.S. Attorney: <u>Matt Devlin</u>        Defense Attorney: <u>Kevin W. Boyd</u>

---

### PREVIOUS COURT ACTION

On December 3, 2020, a Probation Form 12A, Report on Offender Under Supervision, was submitted to the Court reporting the defendant was arrested for a Misdemeanor Assault. The defendant advised he would be contesting the charges. It was respectfully, recommended that no action be taken to allow the state court to dispose of the case. The Court concurred.

### NONCOMPLIANCE SUMMARY

**Violation of Mandatory Condition No. 2:** "The defendant shall not unlawfully possess a controlled substance."

**Nature of Non-compliance:** On November 22, 2022, the defendant submitted a random urine sample that tested positive for amphetamines, marijuana, and opiates.

**U.S. Probation Officer Action:** On November 30, 2022, USPO was notified of defendant's positive use of illegal drug use. The defendant was questioned about his illegal drug usage, and he admitted to using illegal substances on or about November 15, 2022. The defendant explained he was having a difficult time at home with his girlfirend and was feeling overwhelmed. On December 16, 2022, the defendant checked himself into Recovery Unplugged, an inpatient facility in Austin, Texas, to address his substance abuse issues. The defendant was admonished for his actions and advised that his behavior was unacceptable. It is respectfully recommended that no action be taken at this time to allow the defendant to continue with substance abuse treatment to address the use of illegal drugs.

Accordingly, the Court reserves the right to revisit these allegations in the future. In addition, should Simpson incur any further violations, the Court will be immediately notified.

Approved:                                      Respectfully submitted,

_____                    _____
Craig Handy                                    Lauro Garza
Supervising U. S. Probation Officer            United States Probation Officer
Date: January 12, 2023                         Date: January 12, 2023

---

**THE COURT ORDERS:**

[X]  No Action

[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

[ ]  Submit a Request for Warrant or Summons

[ ]  Other

_____
Honorable Mark Lane
United States Magistrate Judge

Date:   01/18/2023