PROB 12A
(7/93)

**FILED**
July 21, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: SL
DEPUTY

UNITED STATES DISTRICT COURT
for
Western District of Texas

**Report on Offender Under Supervision**

Name of Offender: Christopher Lee Simpson Case Number: A-14-CR-368(01)-LY

Name of Sentencing Judicial Officer: Honorable Lee Yeakel, U.S. District Judge

Date of Original Sentence: August 7, 2015

Original Offense: Count 1: Possession with Intent to Distribute Methamphetamine in violation of 21 U.S.C. § 841(a)(1) and Count 2: Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1)

Original Sentence: Sentenced to seventy-two (72) months' custody on both counts to run concurrently in the Bureau of Prisons followed by six (6) years of supervised release on Count 1, (3) three years of supervised release on Count 2, to run concurrently for a total of (6) six years of supervised release with the following special conditions: submit to substance abuse evaluation/drug treatment, abstain from the use of alcohol and all other intoxicants, take all medications as directed by a medical doctor, search, and a $200 special assessment fee. (satisfied).

Type of Supervision: Supervised Release Date Supervision Commenced: May 20, 2020

Assistant U.S. Attorney: Elizabeth Cottingham Defense Attorney: Kevin W. Boyd - retained

---

## PREVIOUS COURT ACTION

On December 3, 2020, a Probation Form 12A, Report on Offender Under Supervision, was submitted to the Court reporting the defendant was arrested for a Misdemeanor Assault. The defendant advised he would be contesting the charges. It was respectfully, recommended that no action be taken to allow the state court to dispose of the case. The Court concurred.

On January 18, 2023, a Probation Form 12A, Report on Offender Under Supervision, was submitted to the Court reporting the defendant admitted to using marijuana, amphetamines, opiates. The defendant was recommended to complete drug treatment to address the issue. The Court concurred.

## NONCOMPLIANCE SUMMARY

**Violation of Mandatory Condition No. 1:** "The defendant shall not commit another federal, state, or local crime during the term of supervision."

**<u>Nature of Non-compliance:</u>** *As reported on the Probation Form 12A filed on December 3, 2020.* On August 3, 2020, the Hutto Police Department responded to a disturbance in progress. Upon arrival, Hutto PD was greeted by Megan Lucas who advised she was assaulted by Simpson after a disagreement. Lucas mentioned Simpson grabbed her from the back of her head and slammed her head against the bed post. Lucas sustained two scratches above her left eye. Lucas said Simpson fled the house in her vehicle after she called 911.

A complaint was filed, and a warrant was issued that same day. On October 26, 2020, Simpson was arrested for the active warrants by Hutto Police Department and taken into custody for Assault Causes Bodily Injury, Class A Misdemeanor, under Cause No. 20-03520-1, and Unauthorized Use of Motor Vehicle, State Jail Felony, under Cause No. 20-1627-K26.

***On September 16, 2021, the Unauthorized Use of Motor Vehicle, State Jail Felony, under Cause No. 20-1627-K26, was dismissed by Williamson County, Texas, and returned by the grand jury as "No Bill".***

***On May 16, 2023, the defendant appeared for a trial hearing in County Court at Law No. 5 in Williamson County, Texas, for Assault Causes Bodily Injury, Class A Misdemeanor, under Cause No 20-03520-01. The defendant was found guilty by a jury trial and was sentenced to 0 days in jail and credited for 5 days jail served and ordered to pay a fine of $4000.***

**<u>U.S. Probation Officer Action:</u>** For the past three years while on supervision, the defendant has completed drug treatment and paid his special assessment fees in full. The defendant has complied with his reporting requirements and has demonstrated a desire to make positive lifestyle changes. The defendant acknowledged the seriousness of his past criminal lifestyle and is focused on avoiding any criminal thinking patterns. He advised he does not have any communication with the victim since the incident that occurred nearly three years ago. Due to the defendant being in compliance, and although being convicted of a misdemeanor offense while on supervision, it is respectfully recommended that that no action be taken against the defendant.

Accordingly, the Court reserves the right to revisit these allegations in the future. In addition, should Simpson incur any further violations, the Court will be immediately notified.

Approved:

Hector J. Garcia
Supervising U. S. Probation Officer
Date: July 21, 2023

Respectfully submitted,

Lauro Garza
Sr. United States Probation Officer
Date: July 21, 2023

---

**THE COURT ORDERS:**

[X] No Action

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

Honorable Mark Lane
United States Magistrate Judge

Date: 07/21/2023