FILED
January 24, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: LRT
DEPUTY

PROB 12C
(6/96)

# United States District Court

for
WESTERN DISTRICT OF TEXAS

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Christopher Lee Simpson Case Number: A-14-CR-368(01)-LY

Name of Sentencing Judicial Officer: Honorable Lee Yeakel, U.S. District Judge

Date of Original Sentence: August 7, 2015

Original Offense: Count 1: Possession with Intent to Distribute Methamphetamine in violation of 21 U.S.C. § 841(a)(1) and Count 2: Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1)

Original Sentence: Sentenced to seventy-two (72) months' custody on both counts to run concurrently in the Bureau of Prisons followed by six (6) years of supervised release on Count 1, (3) three years of supervised release on Count 2, to run concurrently for a total of (6) six years of supervised release with the following special conditions: submit to substance abuse evaluation/drug treatment, abstain from the use of alcohol and all other intoxicants, take all medications as directed by a medical doctor, search, and a $200 special assessment fee. (satisfied).

Type of Supervision: Supervised Release Date Supervision Commenced: May 20, 2020

Assistant U.S. Attorney: Elizabeth Cottingham Defense Attorney: Kevin W. Boyd - retained

---

### PREVIOUS COURT ACTION

On December 3, 2020, a Probation Form 12A, Report on Offender Under Supervision, was submitted to the Court reporting the defendant was arrested for a Misdemeanor Assault. The defendant advised he would be contesting the charges. It was respectfully, recommended that no action be taken to allow the state court to dispose of the case. The Court concurred.

On January 18, 2023, a Probation Form 12A, Report on Offender Under Supervision, was submitted to the Court reporting the defendant admitted to using marijuana, amphetamines, opiates. The defendant was recommended to complete drug treatment to address the issue. The Court concurred.

On July 21, 2023, a Probation Form 12A, Report on Offender Under Supervision, was submitted to the Court reporting the defendant's final disposition for the Assault charge. The defendant was found guilty and sentenced to time served. It was respectfully recommended no action be taken since the defendant had been in compliance with his conditions of supervised release. The Court concurred.

## PETITIONING THE COURT

[X] To issue a warrant [ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

**Violation of Mandatory Condition No. 1:** "The defendant shall not commit another federal, state, or local crime."

**Violation of Mandatory Condition No. 2:** "The defendant shall not unlawfully possess a controlled substance."

**Nature of Non-compliance:** According to an Indictment filed in Burnet County, Texas, on January 2, 2024, the defendant is charged with the following: Count 1: Manufacturing Delivery of a Controlled Substance Greater than 1 gram but less than 4 grams, Causing Death or Serious Bodily Injury; and Count 2: Manufacturing Delivery of a Controlled Substance less than 1 gram. The details of the Indictment are as follows: on January 24, 2021, the defendant did knowingly deliver, by actual and or transfer, to Scott Lewis, a controlled substance, namely methamphetamine in an amount of one gram or more but less than four grams. Scott Lewis died because of injecting the controlled substance into his body. Additionally, the Indictment includes an enhancement due to Simpson's prior felony drug convictions. A warrant was issued.

On January 19, 2024, Simpson was arrested by the Williamson County Sherrif's Office for the outstanding warrant. He was taken into custody and has been transferred to Burnet County Jail, where he remains in custody awaiting disposition. Further, the case has been filed in Burnet County Court in the 33rd Judicial District Court under Cause No. 56317. The case remains pending.

**U. S. Probation Officer Recommendation:** Due to the nature of the offense detailed in the Indictment, it is respectfully recommended a warrant be issued for his arrest and his supervised release be revoked.

Approved by,

Hector J. Garcia
Supervising U.S. Probation Officer
Date: January 24, 2024

Respectfully submitted,

Lauro Garza
U.S. Probation Officer
Date: January 24, 2024

Received by,

Karthik Srinivasan
Assistant U.S. Attorney

☒ recommend ☐ does not recommend Justification: __________________

==================================================================

**THE COURT ORDERS:**

[ ] No Action

[X] The Issuance of a Warrant

[ ] The Issuance of a Summons

[ ] Other

Honorable Mark Lane
U.S. Magistrate Judge

01/24/2024
Date