OAO 442 (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

WESTERN District of TEXAS

UNITED STATES OF AMERICA

V.

Christopher Lee Simpson

## WARRANT FOR ARREST

Case Number: A-14-CR-368(01)-LY

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Christopher Lee Simpson
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of court

☐ Pretrial Release Violation Petition ☐ Probation Violation Petition ☒ Supervised Release Violation ☐ Violation Notice

charging him or her with (brief description of offense)

☐ in violation of Title 18 United States Code, Section(s) 3606

☐ in violation of the conditions of his or her pretrial release imposed by the court.

X in violation of the conditions of his or her supervision imposed by the court.

Philip J. Devlin
Name of Issuing Officer

[signature]
By Deputy Clerk Signature of Issuing Officer

District Clerk of the Court
Title of Issuing Officer

January 24, 2024 Austin, Texas
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named individual at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |