PROB 12C
(6/96)

**FILED**
October 29, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ps_____
DEPUTY

United States District Court
for
WESTERN DISTRICT OF TEXAS
**AMENDED**

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Christopher Lee Simpson          Case Number: A-14-CR-368(01)-DAE

Name of Sentencing Judicial Officer: Honorable Lee Yeakel, U.S. District Judge

Date of Original Sentence: August 7, 2015

Original Offense: Count 1: Possession with Intent to Distribute Methamphetamine in violation of 21 U.S.C. § 841(a)(1) and Count 2: Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1)

Original Sentence: Sentenced to seventy-two (72) months' custody on both counts to run concurrently in the Bureau of Prisons followed by six (6) years of supervised release on Count 1, (3) three years of supervised release on Count 2, to run concurrently for a total of (6) six years of supervised release with the following special conditions: submit to substance abuse evaluation/drug treatment, abstain from the use of alcohol and all other intoxicants, take all medications as directed by a medical doctor, search, and a $200 special assessment fee. (satisfied).

Type of Supervision: Supervised Release          Date Supervision Commenced: May 20, 2020

Assistant U.S. Attorney: Elizabeth Cottingham          Defense Attorney: Kevin W. Boyd - retained

---

### PREVIOUS COURT ACTION

On December 3, 2020, a Probation Form 12A, Report on Offender Under Supervision, was submitted to the Court reporting the defendant was arrested for a Misdemeanor Assault. The defendant advised he would be contesting the charges. It was respectfully recommended that no action be taken to allow the state court to dispose of the case. The Court concurred.

On January 18, 2023, a Probation Form 12A, Report on Offender Under Supervision, was submitted to the Court reporting the defendant admitted to using marijuana, amphetamines, opiates. The defendant was recommended to complete drug treatment to address the issue. The Court concurred.

On July 21, 2023, a Probation Form 12A, Report on Offender Under Supervision, was submitted to the Court reporting the defendant's final disposition for the Assault charge. The defendant was found guilty and sentenced to time served. It was respectfully recommended no action be taken since the defendant had been in compliance with his conditions of supervised release. The Court concurred.

On January 24, 2024, a Probation Form 12C was filed with the Court alleging new law violations that occurred on January 24, 2021, Count 1: Manufacturing Delivery of a Controlled Substance Greater than 1 gram but less than 4 grams, Causing Death or Serious Bodily Injury; and Count 2: Manufacturing Delivery of a Controlled Substance less than 1 gram both counts were respectively filed in the 33rd/ 424th Judicial District Court of Burnet County, Texas. A warrant was issued.

**Simpson, Christopher Lee**
**Amended Petition for Warrant or Summons for Offender Under**
**Supervision**
**Page 2**

On March 5, 2024, the case was reassigned to the docket of Senior U.S. District Judge David A. Ezra.

## PETITIONING THE COURT

[X] To issue a warrant          [ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

**Violation of Mandatory Condition No. 1:** "The defendant shall not commit another federal, state, or local crime."

**Violation of Mandatory Condition No. 2:** "The defendant shall not unlawfully possess a controlled substance."

**Nature of Non-compliance:** According to an Indictment filed in Burnet County, Texas, on January 2, 2024, the defendant is charged with the following: Count 1: Manufacturing Delivery of a Controlled Substance Greater than 1 gram but less than 4 grams, Causing Death or Serious Bodily Injury; and Count 2: Manufacturing Delivery of a Controlled Substance less than 1 gram. The details of the Indictment are as follows: on January 24, 2021, the defendant did knowingly deliver, by actual and or transfer, to Scott Lewis, a controlled substance, namely methamphetamine in an amount of one gram or more but less than four grams. Scott Lewis died because of injecting the controlled substance into his body. Additionally, the Indictment includes an enhancement due to Simpson's prior felony drug convictions. A warrant was issued.

On January 19, 2024, Simpson was arrested by the Williamson County Sherrif's Office for the outstanding warrant. He was taken into custody and has been transferred to Burnet County Jail, where he remains in custody awaiting disposition. Further, the case has been filed in Burnet County Court in the 33rd Judicial District Court under Cause No. 56317.

*On September 12, 2024, in the 33rd/424th Judicial District Court of Burnet County, Texas, in Case No. 56317, the defendant pled guilty to Count 2: Manufacturing Delivery of a Controlled Substance less than 1 gram. He was sentenced to 9 months to the Texas Department of Criminal Justice- State Jail. On Count 1: Manufacturing Delivery of a Controlled Substance Greater than 1 gram but less than 4 grams, Causing Death or Serious Bodily Injury, the case was dismissed.*

**U. S. Probation Officer Recommendation:** The defendant's supervised release should be revoked.

Simpson, Christopher Lee
Amended Petition for Warrant or Summons for Offender Under Supervision
Page 3.

| Approved by, | Respectfully submitted, |
|---|---|
| Hector J. Garcia | Lauro Garza |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| Date: October 25, 2024 | Date: October 25, 2024 |

Received by,

Karthik Srinivasan
Assistant U.S. Attorney

[x] Recommend  [ ] does not recommend     Justification: _____

===============================================================================

**THE COURT ORDERS:**

[ ] No Action

[ ] The Issuance of a Warrant

[ ] The Issuance of a Summons

[x] Other continue with warrant in effect.

Honorable David A. Ezra
Senior U.S. District Judge
10/29/2024
Date