UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | NO: AU:14-CR-00368(1)-DAE |
| | § | |
| (1) Christopher Lee Simpson | § | |

ORDER SETTING FINAL REVOCATION HEARING

It is hereby ORDERED that the above entitled and numbered case is set for **FINAL REVOCATION HEARING** before Senior United States District Judge David Alan Ezra in Courtroom 2 of the United States Courthouse, 501 W. 5th Street, Autstin, TX, on **Tuesday, December 03, 2024 @ 09:00 AM**.

Government's Motion to Revoke and Sentencing Guidelines from the Probation Office are due by **2:00 PM** on **Wednesday, November 27, 2024**. Any proposed agreements between parties must be submitted for the Court's review and consideration no later than **Thursday, November 28, 2024**. **Any submissions after this deadline will require all parties to appear at the final revocation hearing.**

It is further ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED.

DATED: Austin, Texas November 07, 2024.

DAVID ALAN EZRA
SENIOR U.S. DISTRICT JUDGE