UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | NO: AU:14-CR-00368(1)-DAE |
| | § | |
| (1) Christopher Lee Simpson | § | |

ORDER CANCELLING FINAL REVOCATION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for FINAL REVOCATION HEARING on Tuesday, December, 03, 2024 at 09:00 AM is hereby **CANCELLED**.

IT IS SO ORDERED.

DATED: Austin, Texas November 25, 2024.

DAVID ALAN EZRA
SENIOR U.S. DISTRICT JUDGE